IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Amalbert, Tomas | Case Number:  08 B 18247 |
| | Judge:  Squires, John H |
| Printed: 01/29/09 | Filed:  7/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,285.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,134.19 |
| Trustee Fee: | | 150.81 |
| Other Funds: | | 0.00 |
| Totals: | 2,285.00 | 2,285.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chad M Hayward | Administrative | 2,400.00 | 2,134.19 |
| 2. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 4. | Barclays Capital Real Estate | Secured | 35,000.00 | 0.00 |
| 5. | GMAC Auto Financing | Unsecured | 124.86 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 95.34 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 107.13 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,058.47 | 0.00 |
| 9. | GMAC Auto Financing | Secured | | No Claim Filed |
| 10. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| | | | $ 38,785.80 | $ 2,134.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 150.81 |
| | $ 150.81 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Amalbert, Tomas

Printed: 01/29/09

Case Number:  08 B 18247
Judge:  Squires, John H
Filed:  7/16/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

